R. Sam Hopkins, Chapter 7 Trustee
Correspondence email: samhopkins@rsh7trustee.com
P.O. Box 3014
Pocatello, ID 83206-3014
Telephone: (208) 478-7978
FAX: (208) 478-7976

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | ) |
| | ) |
| SHAHID KHALID | ) Case No.: 21-40515 |
| | ) |
| HINA SALIM | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |
| | ) |

**TRUSTEE'S OBJECTION TO MOTION TO COMPEL**

**ABANDONMENT OF ESTATE PROPERTY**

To the Above-Captioned Debtor:

The Trustee appointed in the above entitled case objects to the Motion to Compel Abandonment of Estate Property filed as docket #11 on September 1, 2021.

As grounds for the objection, the Trustee states the following:

1. The Debtors have not provided the Trustee with any proof of the assets and liabilities of the company.

2. The bank transaction history for the business account shows significant activity including deposits and withdrawals that need to be investigated.

Therefore, the Trustee requests that the Debtor's motion be denied.

Dated this September 16, 2021

By: /s/ R. Sam Hopkins
R. Sam Hopkins, Trustee

- 1

## CERTIFICATE OF SERVICE

   I hereby certify that on September 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) listed below.

      U.S. Trustee, ECF
      Shahid Khalid & Hina Salim, 281 Jacob St., Chubbuck, ID 83202
      Ryan E. Farnsworth, ECF

                                     /s/ Amber Williams
                                    Amber Williams, Case Administrator